In the Matter of the CITY OF LONG BEACH, Appellant, against J. RUSSEL SPRAGUE et al., as Members of the Board of Supervisors of Nassau County, Respondents.

Argued March 3, 1937; decided March 23, 1937.

608

*David B. Tolins, Corporation Counsel,* for appellant.

*James L. Dowsey, County Attorney* ( *Kenneth M. Spence, Paul Van Anda* and *John J. Knob* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.